

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00104-CR

---

TRISTAN BLAYDE FLOWERS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2017F00269

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellant, Tristan Blayde Flowers, has submitted to his attorney a personal letter requesting dismissal of his appeal in this matter. The letter was submitted to this Court as part of a motion to dismiss filed by counsel, and we view the letter as the clearest possible expression of Flowers' desire to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant Flowers' request. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     August 13, 2018
Date Decided:       August 14, 2018

Do Not Publish